AO 93  (Rev. 12/09) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

In the Matter of the Search of                    )
*(Briefly describe the property to be searched*    )
*or identify the person by name and address)*      )      Case No. 26-144 (w)
)
AN iPHONE 12, WITH ASSIGNED PHONE NUMBER (939)     )
452-8853 AND SERIAL NUMBER: F17GM2V40DY0, AS       )
FURTHER DESCRIBED IN ATTACHMENT A                  )

RECEIVED & FILED
CLERK'S OFFICE
MAR 1 2 2026
US DISTRICT COURT
SAN JUAN, PR

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of  Puerto Rico _____
*(identify the person or describe the property to be searched and give its location)*:
AN iPHONE 12, WITH ASSIGNED PHONE NUMBER (939) 452-8853 AND SERIAL NUMBER: F17GM2V40DY0, AS FURTHER
DESCRIBED IN ATTACHMENT A

        The person or property to be searched, described above, is believed to conceal *(identify the person or describe the*
*property to be seized)*:
Documents and/or information reflecting the following offenses: coercion and enticement of a minor, production of child pornography,
and possession of child pornography material, in violation to 18 U.S.C. §§2422, 2251 and 2252A(a)(5)(B).

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

        **YOU ARE COMMANDED** to execute this warrant on or before _____ March 10, 2026 _____
                                                                        *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.      ☑ at any time in the day or night as I find reasonable cause has been
                                                established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
on duty _____ .
                      *(name)*

        ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)* ☐ or _____ days *(not to exceed 30)*.
                                                   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 2/24/26  at 11:52am      _____
                                                            *Judge's signature*

City and state:  San Juan, Puerto Rico _____      _____ United States Magistrate Judge Mariana Bauza Almonte _____
                                                            *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26 - 144 (m) | Date and time warrant executed:<br>3/2/26 | Copy of warrant and inventory left with: |
| Inventory made in the presence of:<br>Saul Lopez | | |

Inventory of the property taken and name of any person(s) seized:

Extraction of iPhone 12; SN: F17GM2V40DY0

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/2/26

_____
*Executing officer's signature*

Neftali Valdes, FBI Special Agent
*Printed name and title*